PRESTON LONG, *Appellant,* v. SKINNER MACHINERY COM-
PANY, A CORPORATION, J. B. PHILLIPS AND STELLA LONG,
*Appellees.*

Division A.

Decision Filed July 16, 1925.

An Appeal from the Circuit Court for Pinellas County;
M. A. McMullen, Judge.

*Stuart & Brooks,* for Appellant;

*Guss Wilder,* for Appellees.

PER CURIAM.—This cause having heretofore been submit-
ted to the Court upon the transcript of the record of the
decree herein, and briefs and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said decree; it is, therefore, considered,
ordered and adjudged by the Court that the said decree of
the Circuit Court be, and the same is hereby, affirmed.

WEST, C. J., AND ELLIS AND TERRELL, J. J., concur.